Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.: 19−17008−MBK
                        Chapter: 13
                        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gerald Brown                                                    Terri L Brown
   5 Dolphin Lane                                          fka Terri Venceller
   Hamilton, NJ 08619                            5 Dolphin Lane
                                                                    Hamilton, NJ 08619

Social Security No.:
   xxx−xx−0580                                         xxx−xx−1363

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on April 6, 2019 and a confirmation hearing on such Plan has been scheduled for June 11, 2019.

The debtor filed a Modified Plan on May 24, 2019 and a confirmation hearing on the Modified Plan is scheduled for June 25, 2019 @ 10:00 am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: May 29, 2019
JAN: wdr

                                                                                          Jeanne Naughton
                                                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-17008-MBK
Gerald Brown                                                            Chapter 13
Terri L Brown
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: May 29, 2019
                              Form ID: 186             Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2019.
```
db/jdb         +Gerald Brown,   Terri L Brown,   5 Dolphin Lane,   Hamilton, NJ 08619-1307
518195874     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court:  AmeriCredit Financial Services, Inc.,    dba GM Financial,
                P O Box 183853,   Arlington, TX 76096)
518167153      +Best Buy Credit Services,    PO Box 790441,   Saint Louis, MO 63179-0441
518167155      +Citibank (Best Buy),    PO Box 6241,   Sioux Falls, SD 57117-6241
518167156      +Citibank (Home Depot),    PO Box 6500,   Sioux Falls, SD 57117-6500
518167160      +Convergent,   Re:  PSEG,   800 SW 39th St,   PO Box 9004,    Renton, WA 98057-9004
518167163      +First National Credit Card/CCS,    500 E 60th St N,   Sioux Falls, SD 57104-0478
518167164      +First Premier Bank,    PO Box 5147,   Sioux Falls, SD 57117-5147
518167166      +GM Financial,   PO Box 181145,    Arlington, TX 76096-1145
518167168      +Kivitz McKeever Lee,    701 Market Street,   Suite 5000,    Re:  M&T Bank,
                Philadelphia, PA 19106-1541
518167174      +Performance Spine & Sports Med,    PO Box 8188,   Trenton, NJ 08650-0188
518167177      +Pressler & Pressler,    Re:  Midland Funding; DC 6212-15,    7 Entin Road,
                Parsippany, NJ 07054-5020
518167175      +Pressler & Pressler,    Re:  Midland Funding; DC 1061-19,    7 Entin Road,
                Parsippany, NJ 07054-5020
518167176      +Pressler & Pressler,    Re:  Midland Funding/Credit One,    7 Entin Road,
                Parsippany, NJ 07054-5020
518167178      +The Bank of Missouri/Milestone,    PO Box 4499,   Beaverton, OR 97076-4499
518167180      +Wells Fargo,   PO Box 29704,    Phoenix, AZ 85038-9704
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 30 2019 00:23:01      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 30 2019 00:22:56      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
518167154      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 30 2019 00:27:38      Capital One,
                PO Box 30285,   Salt Lake City, UT 84130-0285
518212769      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 30 2019 00:27:57
                Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518173882     ++E-mail/Text: bankruptcy@cavps.com May 30 2019 00:23:15      Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
518167157      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 30 2019 00:22:36
                Comenity Capital (Childrens Place),    PO Box 182120,   Columbus, OH 43218-2120
518167158      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 30 2019 00:22:36
                Comenity Capital (Lane Bryant)/ADS,    PO Box 182120,   Columbus, OH 43218-2120
518167159      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 30 2019 00:22:36
                Comenity Capital (My Points Reward),    PO Box 182120,   Columbus, OH 43218-2120
518167162      +E-mail/PDF: creditonebknotifications@resurgent.com May 30 2019 00:28:37      Credit One Bank,
                PO Box 98873,   Las Vegas, NV 89193-8873
518167161      +E-mail/PDF: creditonebknotifications@resurgent.com May 30 2019 00:27:52      Credit One Bank,
                PO Box 60500,   City Of Industry, CA 91716-0500
518167165      +E-mail/Text: fggbanko@fgny.com May 30 2019 00:21:55      Forster & Garbus,
                Re:  Arrow Financial; DC 10221-09,    7 Banta Place,   Hackensack, NJ 07601-5604
518167167       E-mail/Text: JCAP_BNC_Notices@jcap.com May 30 2019 00:23:12      Jefferson Capital System,
                Re:  First Premier,   16 McLeland Road,    Saint Cloud, MN 56303
518167169      +E-mail/Text: bncnotices@becket-lee.com May 30 2019 00:21:57      Kohls,   PO Box 2983,
                Milwaukee, WI 53201-2983
518177208       E-mail/PDF: resurgentbknotifications@resurgent.com May 30 2019 00:27:13      LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
518167170     ++E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 30 2019 00:22:37      Lane Bryant,
                4590 East Broad Street,    Columbus, OH 43213-1301
518167171       E-mail/Text: camanagement@mtb.com May 30 2019 00:22:28      M&T Bank,   1 Fountain Plaza,
                Floor 3,   Buffalo, NY 14203
518167172      +E-mail/Text: bankruptcydpt@mcmcg.com May 30 2019 00:22:56      Midland Credit Mngmt,
                Re:  Citibank; Home Depot; Credit One,    2365 Northside Drive,   Suite 300,
                San Diego, CA 92108-2709
518247596      +E-mail/Text: bankruptcydpt@mcmcg.com May 30 2019 00:22:56      Midland Funding LLC,
                PO Box 2011,   Warren, MI 48090-2011
518212903       E-mail/PDF: cbp@onemainfinancial.com May 30 2019 00:26:46      ONEMAIN,   PO BOX 3251,
                EVANSVILLE, IN. 47731-3251
518167173      +E-mail/PDF: cbp@onemainfinancial.com May 30 2019 00:26:46      One Main Financial,
                PO Box 70912,   Charlotte, NC 28272-0912
518244326      +E-mail/Text: JCAP_BNC_Notices@jcap.com May 30 2019 00:23:12      Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
518167179      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 30 2019 00:21:42
                Verizon NJ,   500 Technology Drive,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 22
```

```
District/off: 0312-3          User: admin               Page 2 of 2              Date Rcvd: May 29, 2019
                              Form ID: 186              Total Noticed: 38
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518250288*    ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court:  Americredit Financial Services, Inc.,    Dba GM Financial,
                P.O Box 183853,    Arlington, TX 76096)
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              John   Zimnis    on behalf of Debtor Gerald   Brown njbankruptcylaw@aol.com.
              John   Zimnis    on behalf of Joint Debtor Terri L Brown njbankruptcylaw@aol.com.
              Kevin Gordon McDonald    on behalf of Creditor    M&T BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 5
```