# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−17008−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Gerald Brown
 5 Dolphin Lane
 Hamilton, NJ 08619

 Terri L Brown
 fka Terri Venceller
 5 Dolphin Lane
 Hamilton, NJ 08619

Social Security No.:
 xxx−xx−0580                                                 xxx−xx−1363

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on July 17, 2019.

On November 1, 2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:             December 3, 2019
Time:             10:00 AM
Location:         Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: November 4, 2019
JAN: wdr

Jeanne Naughton
Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                                Case No. 19-17008-MBK
Gerald Brown                                                          Chapter 13
Terri L Brown
         Debtors
                                  CERTIFICATE OF NOTICE
District/off: 0312-3         User: admin                Page 1 of 2             Date Rcvd: Nov 04, 2019
                             Form ID: 185               Total Noticed: 49


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 06, 2019.
db/jdb         +Gerald Brown,    Terri L Brown,    5 Dolphin Lane,    Hamilton, NJ 08619-1307
518167153      +Best Buy Credit Services,    PO Box 790441,    Saint Louis, MO 63179-0441
518293154       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518167155      +Citibank (Best Buy),    PO Box 6241,    Sioux Falls, SD 57117-6241
518167156      +Citibank (Home Depot),    PO Box 6500,    Sioux Falls, SD 57117-6500
518167163      +First National Credit Card/CCS,    500 E 60th St N,    Sioux Falls, SD 57104-0478
518167164      +First Premier Bank,    PO Box 5147,    Sioux Falls, SD 57117-5147
518167168      +Kivitz McKeever Lee,    701 Market Street,    Suite 5000,    Re: M&T Bank,
                 Philadelphia, PA 19106-1541
518167174      +Performance Spine & Sports Med,    PO Box 8188,    Trenton, NJ 08650-0188
518167176      +Pressler & Pressler,    Re: Midland Funding/Credit One,    7 Entin Road,
                 Parsippany, NJ 07054-5020
518167177      +Pressler & Pressler,    Re: Midland Funding; DC 6212-15,    7 Entin Road,
                 Parsippany, NJ 07054-5020
518167175      +Pressler & Pressler,    Re: Midland Funding; DC 1061-19,    7 Entin Road,
                 Parsippany, NJ 07054-5020
518167178      +The Bank of Missouri/Milestone,    PO Box 4499,    Beaverton, OR 97076-4499
518167180      +Wells Fargo,    PO Box 29704,    Phoenix, AZ 85038-9704
518283370       Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 05 2019 00:26:03      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 05 2019 00:25:59      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Nov 05 2019 00:25:32
                 Americredit Financial Services, Inc., d/b/a GM Fin,    4000 Embarcadero Dr.,
                 Arlington, TX 76014-4101
518195874       E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Nov 05 2019 00:25:32
                 AmeriCredit Financial Services, Inc.,    dba GM Financial,    P O Box 183853,
                 Arlington, TX 76096
518285281      +E-mail/Text: bnc@atlasacq.com Nov 05 2019 00:25:03      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
518297706       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 05 2019 00:34:14      CACH, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518167154      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 05 2019 00:34:44      Capital One,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
518212769      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 05 2019 00:35:12
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518173882      +E-mail/Text: bankruptcy@cavps.com Nov 05 2019 00:26:20      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
518167157      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 05 2019 00:25:38
                 Comenity Capital (Childrens Place),    PO Box 182120,    Columbus, OH 43218-2120
518167158      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 05 2019 00:25:38
                 Comenity Capital (Lane Bryant)/ADS,    PO Box 182120,    Columbus, OH 43218-2120
518167159      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 05 2019 00:25:38
                 Comenity Capital (My Points Reward),    PO Box 182120,    Columbus, OH 43218-2120
518167160      +E-mail/Text: convergent@ebn.phinsolutions.com Nov 05 2019 00:26:26      Convergent,   Re: PSEG,
                 800 SW 39th St,    PO Box 9004,    Renton, WA 98057-9004
518167162      +E-mail/PDF: creditonebknotifications@resurgent.com Nov 05 2019 00:33:33      Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
518167161      +E-mail/PDF: creditonebknotifications@resurgent.com Nov 05 2019 00:33:32      Credit One Bank,
                 PO Box 60500,    City Of Industry, CA 91716-0500
518167165      +E-mail/Text: fggbanko@fgny.com Nov 05 2019 00:25:05      Forster & Garbus,
                 Re: Arrow Financial; DC 10221-09,    7 Banta Place,    Hackensack, NJ 07601-5604
518167166      +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Nov 05 2019 00:25:32      GM Financial,
                 PO Box 181145,    Arlington, TX 76096-1145
518167167       E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 05 2019 00:26:15      Jefferson Capital System,
                 Re: First Premier,    16 McLeland Road,    Saint Cloud, MN 56303
518167169      +E-mail/Text: bncnotices@becket-lee.com Nov 05 2019 00:25:06      Kohls,    PO Box 2983,
                 Milwaukee, WI 53201-2983
518177208       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 05 2019 00:34:15      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518167170      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 05 2019 00:25:39      Lane Bryant,
                 4590 East Broad Street,    Columbus, OH 43213-1301
518167171       E-mail/Text: camanagement@mtb.com Nov 05 2019 00:25:35      M&T Bank,    1 Fountain Plaza,
                 Floor 3,    Buffalo, NY 14203
518302387       E-mail/Text: camanagement@mtb.com Nov 05 2019 00:25:35      M&T Bank,    PO BOX 840,
                 Buffalo, NY 14240-0840
518167172      +E-mail/Text: bankruptcydpt@mcmcg.com Nov 05 2019 00:25:59      Midland Credit Mngmt,
                 Re: Citibank; Home Depot; Credit One,    2365 Northside Drive,    Suite 300,
                 San Diego, CA 92108-2709
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Nov 04, 2019
                              Form ID: 185             Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
518247596        +E-mail/Text: bankruptcydpt@mcmcg.com Nov 05 2019 00:25:59      Midland Funding LLC,
                  PO Box 2011,   Warren, MI 48090-2011
518212903         E-mail/PDF: cbp@onemainfinancial.com Nov 05 2019 00:33:52      ONEMAIN,   PO BOX 3251,
                  EVANSVILLE, IN. 47731-3251
518167173        +E-mail/PDF: cbp@onemainfinancial.com Nov 05 2019 00:33:52      One Main Financial,
                  PO Box 70912,   Charlotte, NC 28272-0912
518304755         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 05 2019 00:33:31
                  Portfolio Recovery Associates, LLC,   c/o Best Buy Visa,   POB 41067,    Norfolk VA 23541
518305367         E-mail/PDF: resurgentbknotifications@resurgent.com Nov 05 2019 00:33:38
                  Pinnacle Credit Services, LLC,    Resurgent Capital Services,   PO Box 10587,
                  Greenville, SC 29603-0587
518244326        +E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 05 2019 00:26:15      Premier Bankcard, Llc,
                  Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
518291690         E-mail/Text: bnc-quantum@quantum3group.com Nov 05 2019 00:25:52
                  Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,    Kirkland, WA  98083-0788
518291689         E-mail/Text: bnc-quantum@quantum3group.com Nov 05 2019 00:25:52
                  Quantum3 Group LLC as agent for,   Comenity Capital Bank,   PO Box 788,
                  Kirkland, WA  98083-0788
518281781        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 05 2019 00:33:44      Verizon,
                  by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518167179        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 05 2019 00:23:31
                  Verizon NJ,   500 Technology Drive,   Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 34

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518250288*      ++AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL,   PO BOX 183853,   ARLINGTON TX 76096-3853
                  (address filed with court:  Americredit Financial Services, Inc.,   Dba GM Financial,
                  P.O Box 183853,   Arlington, TX 76096)
518299398*      +Atlas Acquisitions LLC,   294 Union St.,   Hackensack, NJ 07601-4303
                                                                                     TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2019                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 4, 2019 at the address(es) listed below:
```
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          John   Zimnis    on behalf of Debtor Gerald  Brown njbankruptcylaw@aol.com.
          John   Zimnis    on behalf of Joint Debtor Terri L Brown njbankruptcylaw@aol.com.
          John R. Morton, Jr.    on behalf of Creditor   Americredit Financial Services, Inc., d/b/a GM
           Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor   M&T BANK kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor   M&T BANK rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 9
```