| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>MORTON & CRAIG, LLC<br>110 Marter Avenue, Suite 301<br>Moorestown, NJ 08057   (856)866-0100<br>Attorney for : AmeriCredit Financial Services, Inc.<br>dba GM Financial<br>Our File No.:  50077<br>JM-5630 | **Order Filed on December 4, 2019**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |

In Re:

Gerald Brown
Terri L. Brown

Case No.: 19-17008

Hearing Date: 12-3-2019

Judge: Michael B. Kaplan

Chapter: 13

Recommended Local Form:    ☑ Followed    ☐ Modified

# ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 4, 2019**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

Upon the motion of ___AmeriCredit Financial Services, Inc. dba GM Financial___, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic stay of Bankruptcy Code section 362 (a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

- ❏ Real property more fully described as:

- ☑ Personal property more fully described as:

    2011 GMC Acadia
    Vehicle Identification Number
    1GKKRPED0BJ201322

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Gerald Brown  
Terri L Brown  
    Debtors

Case No. 19-17008-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Dec 04, 2019  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2019.  
db/jdb        +Gerald Brown,    Terri L Brown,    5 Dolphin Lane,    Hamilton, NJ 08619-1307

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2019 at the address(es) listed below:  
         Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
         Albert   Russo    docs@russotrustee.com  
         Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         John   Zimnis    on behalf of Joint Debtor Terri L Brown njbankruptcylaw@aol.com.  
         John   Zimnis    on behalf of Debtor Gerald   Brown njbankruptcylaw@aol.com.  
         John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM  Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
         Kevin Gordon McDonald    on behalf of Creditor    M&T BANK kmcdonald@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         Rebecca Ann Solarz    on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                              TOTAL: 9