Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19–17008–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gerald Brown
5 Dolphin Lane
Hamilton, NJ 08619

Terri L Brown
fka Terri Venceller
5 Dolphin Lane
Hamilton, NJ 08619

Social Security No.:
xxx–xx–0580

xxx–xx–1363

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 2/4/20 at 09:00 AM

to consider and act upon the following:

*48* – Creditor's Certification of Default (related document:33 Motion for Relief from Stay re: re: 5 Dolphin Lane, Trenton, NJ, 08619. Fee Amount $ 181. filed by Creditor M&T BANK, 38 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of M&T BANK. Objection deadline is 01/2/2020. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 1/3/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court