**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Office Peter Zimnis
1245 Whitehorse Mercerville Road
Suite 412
Trenton, NJ 08619
(609) 581-9353

In re:
GERALD & TERRI BROWN

Debtors

**Order Filed on August 17, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 19-17008

Chapter 13

Judge: Kaplan

# ORDER GRANTING ADDITIONAL CHAPTER 13 FEES

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: August 17, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(page 2)**
Debtor:  Gerald & Teri Brown
Case No.:  19-17008 MBK
Caption:  Order Granting Additional Chapter 13 Fees

The applicant having certified (pursuant to D.NJ LBR 2016-5) that legal work in addition to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $800 for services rendered and expenses in the amount of $0 for a total of $800. The allowance shall be payable:

\_\_\_x\_\_    through the Chapter 13 Plan as an administrative priority from
            funds on hand
\_\_\_\_\_    outside the Plan

The debtor's monthly Plan is not modified, thus the debtor will continue to pay $715 per month for the remaining months to allow for payment of aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:  
Gerald Brown  
Terri L Brown  
    Debtors

Case No. 19-17008-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 17, 2020  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2020.  
db/jdb        +Gerald Brown,    Terri L Brown,    5 Dolphin Lane,    Hamilton, NJ 08619-1307

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2020                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2020 at the address(es) listed below:

         Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com  
         Albert    Russo     docs@russotrustee.com  
         Denise E. Carlon     on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         John    Zimnis     on behalf of Joint Debtor Terri L Brown njbankruptcylaw@aol.com.  
         John    Zimnis     on behalf of Debtor Gerald   Brown njbankruptcylaw@aol.com.  
         John R. Morton, Jr.     on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
         Kevin Gordon McDonald     on behalf of Creditor    M&T BANK kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Rebecca Ann Solarz     on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                       TOTAL: 9