Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−17008−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gerald Brown
5 Dolphin Lane
Hamilton, NJ 08619

Terri L Brown
fka Terri Venceller
5 Dolphin Lane
Hamilton, NJ 08619

Social Security No.:
 xxx−xx−0580                             xxx−xx−1363
Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on N/A.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 2, 2020
JAN: kmm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-17008-MBK
Gerald Brown                                                              Chapter 13
Terri L Brown
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 2         Date Rcvd: Sep 02, 2020
                             Form ID: 148             Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 04, 2020.
db/jdb         +Gerald Brown,   Terri L Brown,   5 Dolphin Lane,   Hamilton, NJ 08619-1307
518167153      +Best Buy Credit Services,   PO Box 790441,   Saint Louis, MO 63179-0441
518167155      +Citibank (Best Buy),   PO Box 6241,   Sioux Falls, SD 57117-6241
518167163      +First National Credit Card/CCS,   500 E 60th St N,   Sioux Falls, SD 57104-0478
518167168      +Kivitz McKeever Lee,   701 Market Street,   Suite 5000,   Re: M&T Bank,
                 Philadelphia, PA 19106-1541
518167174      +Performance Spine & Sports Med,   PO Box 8188,   Trenton, NJ 08650-0188
518167177      +Pressler & Pressler,   Re: Midland Funding; DC 6212-15,   7 Entin Road,
                 Parsippany, NJ 07054-5020
518167175      +Pressler & Pressler,   Re: Midland Funding; DC 1061-19,   7 Entin Road,
                 Parsippany, NJ 07054-5020
518167176      +Pressler & Pressler,   Re: Midland Funding/Credit One,   7 Entin Road,
                 Parsippany, NJ 07054-5020
518167178      +The Bank of Missouri/Milestone,   PO Box 4499,   Beaverton, OR 97076-4499

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 03 2020 00:43:14    U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 03 2020 00:43:12    United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ  07102-5235
cr             +EDI: PHINAMERI.COM Sep 03 2020 04:03:00    Americredit Financial Services, Inc., d/b/a GM Fin,
                 4000 Embarcadero Dr.,   Arlington, TX 76014-4101
518195874       EDI: PHINAMERI.COM Sep 03 2020 04:03:00    AmeriCredit Financial Services, Inc.,
                 dba GM Financial,   P O Box 183853,   Arlington, TX 76096
518285281      +EDI: ATLASACQU.COM Sep 03 2020 04:03:00    Atlas Acquisitions LLC,   294 Union St.,
                 Hackensack, NJ 07601-4303
518297706       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 03 2020 00:45:14    CACH, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
518167154      +EDI: CAPITALONE.COM Sep 03 2020 04:03:00    Capital One,   PO Box 30285,
                 Salt Lake City, UT 84130-0285
518212769      +EDI: AIS.COM Sep 03 2020 04:03:00    Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518293154       EDI: BL-BECKET.COM Sep 03 2020 04:03:00    Capital One, N.A.,   c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
518173882      +E-mail/Text: bankruptcy@cavps.com Sep 03 2020 00:43:28    Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
518167156      +EDI: CITICORP.COM Sep 03 2020 04:03:00    Citibank (Home Depot),   PO Box 6500,
                 Sioux Falls, SD 57117-6500
518167157      +EDI: WFNNB.COM Sep 03 2020 04:03:00    Comenity Capital (Childrens Place),   PO Box 182120,
                 Columbus, OH 43218-2120
518167158      +EDI: WFNNB.COM Sep 03 2020 04:03:00    Comenity Capital (Lane Bryant)/ADS,   PO Box 182120,
                 Columbus, OH 43218-2120
518167159      +EDI: WFNNB.COM Sep 03 2020 04:03:00    Comenity Capital (My Points Reward),   PO Box 182120,
                 Columbus, OH 43218-2120
518167160      +EDI: CONVERGENT.COM Sep 03 2020 04:03:00    Convergent,   Re: PSEG,   800 SW 39th St,
                 PO Box 9004,   Renton, WA 98057-9004
518167162       E-mail/PDF: creditonebknotifications@resurgent.com Sep 03 2020 00:44:30    Credit One Bank,
                 PO Box 98873,   Las Vegas, NV 89193-8873
518167161       E-mail/PDF: creditonebknotifications@resurgent.com Sep 03 2020 00:45:08    Credit One Bank,
                 PO Box 60500,   City Of Industry, CA 91716-0500
518167164      +EDI: AMINFOFP.COM Sep 03 2020 04:03:00    First Premier Bank,   PO Box 5147,
                 Sioux Falls, SD 57117-5147
518167165      +E-mail/Text: fggbanko@fgny.com Sep 03 2020 00:42:36    Forster & Garbus,
                 Re: Arrow Financial; DC 10221-09,   7 Banta Place,   Hackensack, NJ 07601-5604
518167166      +EDI: PHINAMERI.COM Sep 03 2020 04:03:00    GM Financial,   PO Box 181145,
                 Arlington, TX 76096-1145
518167167       EDI: JEFFERSONCAP.COM Sep 03 2020 04:03:00    Jefferson Capital System,   Re: First Premier,
                 16 McLeland Road,   Saint Cloud, MN 56303
518167169      +E-mail/Text: PBNCNotifications@peritusservices.com Sep 03 2020 00:42:33    Kohls,
                 PO Box 2983,   Milwaukee, WI 53201-2983
518177208       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 03 2020 00:45:15    LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
518167170      +EDI: WFNNB.COM Sep 03 2020 04:03:00    Lane Bryant,   4590 East Broad Street,
                 Columbus, OH 43213-1301
518167171       E-mail/Text: camanagement@mtb.com Sep 03 2020 00:42:52    M&T Bank,   1 Fountain Plaza,
                 Floor 3,   Buffalo, NY 14203
518302387       E-mail/Text: camanagement@mtb.com Sep 03 2020 00:42:52    M&T Bank,   PO BOX 840,
                 Buffalo, NY 14240-0840
518167172      +EDI: MID8.COM Sep 03 2020 04:03:00    Midland Credit Mngmt,
                 Re: Citibank; Home Depot; Credit One,   2365 Northside Drive,   Suite 300,
                 San Diego, CA 92108-2709

```
District/off: 0312-3          User: admin                Page 2 of 2                  Date Rcvd: Sep 02, 2020
                              Form ID: 148               Total Noticed: 49

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518247596         +EDI: MID8.COM Sep 03 2020 04:03:00      Midland Funding LLC,   PO Box 2011,
                   Warren, MI 48090-2011
518212903          EDI: AGFINANCE.COM Sep 03 2020 04:03:00      ONEMAIN,   PO BOX 3251,
                   EVANSVILLE, IN. 47731-3251
518167173         +EDI: AGFINANCE.COM Sep 03 2020 04:03:00      One Main Financial,   PO Box 70912,
                   Charlotte, NC 28272-0912
518304755          EDI: PRA.COM Sep 03 2020 04:03:00      Portfolio Recovery Associates, LLC,   c/o Best Buy Visa,
                   POB 41067,   Norfolk VA 23541
518305367          E-mail/PDF: resurgentbknotifications@resurgent.com Sep 03 2020 00:46:00
                   Pinnacle Credit Services, LLC,   Resurgent Capital Services,   PO Box 10587,
                   Greenville, SC 29603-0587
518244326         +EDI: JEFFERSONCAP.COM Sep 03 2020 04:03:00      Premier Bankcard, Llc,
                   Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
518291690          EDI: Q3G.COM Sep 03 2020 04:03:00      Quantum3 Group LLC as agent for,   Comenity Bank,
                   PO Box 788,   Kirkland, WA 98083-0788
518291689          EDI: Q3G.COM Sep 03 2020 04:03:00      Quantum3 Group LLC as agent for,   Comenity Capital Bank,
                   PO Box 788,   Kirkland, WA 98083-0788
518281781         +EDI: AIS.COM Sep 03 2020 04:03:00      Verizon,   by American InfoSource as agent,
                   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518167179         +EDI: VERIZONCOMB.COM Sep 03 2020 04:03:00      Verizon NJ,   500 Technology Drive,
                   Weldon Spring, MO 63304-2225
518167180         +EDI: WFFC.COM Sep 03 2020 04:03:00      Wells Fargo,   PO Box 29704,   Phoenix, AZ 85038-9704
518283370          EDI: WFFC.COM Sep 03 2020 04:03:00      Wells Fargo Bank, N.A.,   PO Box 10438, MAC F8235-02F,
                   Des Moines, IA  50306-0438
                                                                                               TOTAL: 39

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518250288*     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,   PO BOX 183853,   ARLINGTON TX 76096-3853
               (address filed with court:  Americredit Financial Services, Inc.,   Dba GM Financial,
                P.O Box 183853,   Arlington, TX 76096)
518299398*     +Atlas Acquisitions LLC,   294 Union St.,   Hackensack, NJ 07601-4303
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 2, 2020 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          John   Zimnis    on behalf of Debtor Gerald  Brown njbankruptcylaw@aol.com.
          John   Zimnis    on behalf of Joint Debtor Terri L Brown njbankruptcylaw@aol.com.
          John R. Morton, Jr.    on behalf of Creditor   Americredit Financial Services, Inc., d/b/a GM
           Financial ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor    M&T BANK kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 9
```