Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−17008−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Gerald Brown                                          Terri L Brown
 5 Dolphin Lane                                        fka Terri Venceller
 Hamilton, NJ 08619                                    5 Dolphin Lane
                                                       Hamilton, NJ 08619

Social Security No.:
 xxx−xx−0580                                           xxx−xx−1363
Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on September 2, 2020.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 17, 2021
JAN: wir

                                                       Jeanne Naughton
                                                       Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Gerald Brown  
Terri L Brown  
    Debtors

Case No. 19-17008-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Mar 17, 2021 | Form ID: 148 | Total Noticed: 50 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gerald Brown, Terri L Brown, 5 Dolphin Lane, Hamilton, NJ 08619-1307 |
| 518167163 | + | First National Credit Card/CCS, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 518167168 | + | Kivitz McKeever Lee, 701 Market Street, Suite 5000, Re: M&T Bank, Philadelphia, PA 19106-1541 |
| 518167174 | + | Performance Spine & Sports Med, PO Box 8188, Trenton, NJ 08650-0188 |
| 518167176 | + | Pressler & Pressler, Re: Midland Funding/Credit One, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518167177 | + | Pressler & Pressler, Re: Midland Funding; DC 6212-15, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518167175 | + | Pressler & Pressler, Re: Midland Funding; DC 1061-19, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518167178 | + | The Bank of Missouri/Milestone, PO Box 4499, Beaverton, OR 97076-4499 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 17 2021 21:15:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 17 2021 21:15:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: PHINAMERI.COM | Mar 18 2021 00:38:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 518195874 | | EDI: PHINAMERI.COM | Mar 18 2021 00:38:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 518299398 | | EDI: ATLASACQU | Mar 18 2021 00:38:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 518285281 | | EDI: ATLASACQU | Mar 18 2021 00:38:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneack, NJ 07666 |
| 518167153 | + | EDI: CITICORP.COM | Mar 18 2021 00:38:00 | Best Buy Credit Services, PO Box 790441, Saint Louis, MO 63179-0441 |
| 518297706 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 17 2021 23:44:03 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518167154 | + | EDI: CAPITALONE.COM | Mar 18 2021 00:38:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518212769 | + | EDI: AIS.COM | Mar 18 2021 00:38:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518293154 | | EDI: BL-BECKET.COM | Mar 18 2021 00:38:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518173882 | + | Email/Text: bankruptcy@cavps.com | Mar 17 2021 21:16:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste |

|  |  |  |  |
|---|---|---|---|
|  |  |  | 400, Valhalla, NY 10595-2321 |
| 518167155 | + EDI: CITICORP.COM | Mar 18 2021 00:38:00 | Citibank (Best Buy), PO Box 6241, Sioux Falls, SD 57117-6241 |
| 518167156 | + EDI: CITICORP.COM | Mar 18 2021 00:38:00 | Citibank (Home Depot), PO Box 6500, Sioux Falls, SD 57117-6500 |
| 518167157 | + EDI: WFNNB.COM | Mar 18 2021 00:38:00 | Comenity Capital (Childrens Place), PO Box 182120, Columbus, OH 43218-2120 |
| 518167158 | + EDI: WFNNB.COM | Mar 18 2021 00:38:00 | Comenity Capital (Lane Bryant)/ADS, PO Box 182120, Columbus, OH 43218-2120 |
| 518167159 | + EDI: WFNNB.COM | Mar 18 2021 00:38:00 | Comenity Capital (My Points Reward), PO Box 182120, Columbus, OH 43218-2120 |
| 518167160 | + EDI: CONVERGENT.COM | Mar 18 2021 00:38:00 | Convergent, Re: PSEG, 800 SW 39th St, PO Box 9004, Renton, WA 98057-9004 |
| 518167161 | + Email/PDF: creditonebknotifications@resurgent.com | Mar 17 2021 23:34:15 | Credit One Bank, PO Box 60500, City Of Industry, CA 91716-0500 |
| 518167162 | + Email/PDF: creditonebknotifications@resurgent.com | Mar 17 2021 23:43:21 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 518167164 | + EDI: AMINFOFP.COM | Mar 18 2021 00:38:00 | First Premier Bank, PO Box 5147, Sioux Falls, SD 57117-5147 |
| 518167165 | + Email/Text: fggbanko@fgny.com | Mar 17 2021 21:14:00 | Forster & Garbus, Re: Arrow Financial; DC 10221-09, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 518167166 | + EDI: PHINAMERI.COM | Mar 18 2021 00:38:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 518167167 | EDI: JEFFERSONCAP.COM | Mar 18 2021 00:38:00 | Jefferson Capital System, Re: First Premier, 16 McLeland Road, Saint Cloud, MN 56303 |
| 518167169 | + Email/Text: PBNCNotifications@peritusservices.com | Mar 17 2021 21:14:00 | Kohls, PO Box 2983, Milwaukee, WI 53201-2983 |
| 518177208 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 17 2021 23:34:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518167170 | + EDI: WFNNB.COM | Mar 18 2021 00:38:00 | Lane Bryant, 4590 East Broad Street, Columbus, OH 43213-1301 |
| 518167171 | Email/Text: camanagement@mtb.com | Mar 17 2021 21:15:00 | M&T Bank, 1 Fountain Plaza, Floor 3, Buffalo, NY 14203 |
| 518302387 | Email/Text: camanagement@mtb.com | Mar 17 2021 21:15:00 | M&T Bank, PO BOX 840, Buffalo, NY 14240-0840 |
| 518167172 | + EDI: MID8.COM | Mar 18 2021 00:38:00 | Midland Credit Mngmt, Re: Citibank; Home Depot; Credit One, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 518247596 | + EDI: MID8.COM | Mar 18 2021 00:38:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518212903 | EDI: AGFINANCE.COM | Mar 18 2021 00:33:00 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 518167173 | + EDI: AGFINANCE.COM | Mar 18 2021 00:33:00 | One Main Financial, PO Box 70912, Charlotte, NC 28272-0912 |
| 518304755 | EDI: PRA.COM | Mar 18 2021 00:38:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Visa, POB 41067, Norfolk VA 23541 |
| 518305367 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 17 2021 23:55:07 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518244326 | + EDI: JEFFERSONCAP.COM | Mar 18 2021 00:38:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn |

Case 19-17008-MBK    Doc 70    Filed 03/19/21    Entered 03/20/21 00:23:27    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 17, 2021 | Form ID: 148 | Total Noticed: 50 |

| Recip ID | | Notice Type | Date | Recipient |
|---|---|---|---|---|
| | | | | 56302-7999 |
| 518291690 | | EDI: Q3G.COM | Mar 18 2021 00:38:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518291689 | | EDI: Q3G.COM | Mar 18 2021 00:38:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518281781 | + | EDI: AIS.COM | Mar 18 2021 00:38:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518167179 | + | EDI: VERIZONCOMB.COM | Mar 18 2021 00:33:00 | Verizon NJ, 500 Technology Drive, Weldon Spring, MO 63304-2225 |
| 518167180 | + | EDI: WFFC.COM | Mar 18 2021 00:38:00 | Wells Fargo, PO Box 29704, Phoenix, AZ 85038-9704 |
| 518283370 | | EDI: WFFC.COM | Mar 18 2021 00:38:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518250288 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2021              Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John Zimnis | on behalf of Debtor Gerald Brown njbankruptcylaw@aol.com. |
| John Zimnis | on behalf of Joint Debtor Terri L Brown njbankruptcylaw@aol.com. |
| John R. Morton, Jr. | |

District/off: 0312-3 | User: admin | Page 4 of 4
Date Rcvd: Mar 17, 2021 | Form ID: 148 | Total Noticed: 50

|   |   |
|---|---|
|   | on behalf of Creditor Americredit Financial Services  Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor M&T BANK kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor M&T BANK rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9